■ In the Matter of the CITY OF ROCHESTER, Appellant, Relative To Acquiring Title to Real Property for Urban Renewal Project in the Baden-Ormond Area in the City of Rochester, County of Monroe. MAXLENE REALTY, INC., Respondent.— Judgment unanimously affirmed, with costs. (Appeal from a judgment of Monroe Supreme Court awarding claimant compensation in a

condemnation proceeding.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.